UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY MIZERK, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No.: 15-cv-7131 |
| v. | ) | |
| | ) | |
| LASALLE FLOWERS, INC. and | ) | |
| 731 LASALLE LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants LaSalle Flowers, Inc. ("LaSalle Flowers") and 731 LaSalle LLC (collectively, "Defendants"), by and through their attorneys, Steve A. Miller and Scott C. Fanning of Fisher & Phillips LLP, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, file this Notice of Removal to transfer this cause from the Circuit Court of Cook County, State of Illinois, in which it is now pending as Case No. 2015-L-007231, to the United States District Court for the Northern District of Illinois. In support of their Notice of Removal, Defendants state as follows:

1.      This civil action, entitled *Mary Mizerk v. LaSalle Flowers, Inc., et al.*, was filed on July 16, 2015,[1] in the Circuit Court of Cook County, State of Illinois, bearing Case No. 2015-L-007231. Defendants' counsel was provided a copy of the Complaint on July 16, 2015 via an e-mail

---

[1] Note that between May 12, 2015 and June 15, 2015, Plaintiff filed two additional ADA Title III cases in the Northern District of Illinois and the Circuit Court of Cook County. Additionally, between April 30, 2015 and August 11, 2015, Plaintiff's counsel filed Fifteen ADA Title III cases in the Northern District of Illinois and Circuit Court of Cook County. Defendants raise this issue because, despite its laudable purposes, Title III of the ADA has often been subject to abuse. *See, e.g., Molski v. Kahn Winery*, 405 F. Supp. 2d 1160, 1164-1168 (C.D. Cal. 2005) (holding that litigation history is relevant in determining standing); *Brother v. Miami Hotel Inv.'s, LTD.*, 341 F. Supp. 2d 1230, 1233 (S.D. Fla. 2004) (commenting on the proliferation of ADA Title III lawsuits and abuse of Title III to collect attorney's fees); *Rodriguez v. Investco, LLC*, 305 F. Supp. 2d 1278, 1281 (M.D. Fla. 2004) (noting the birth of a "cottage industry").

FPDOCS 30934671.1

by Plaintiff's counsel John Steele. The Complaint and Summons have not been served upon Defendants. Pursuant to 28 U.S.C. § 1446(a), a copy of all pleadings sent to Defendants is attached as Exhibit A. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely, as it was filed within thirty days after Defendants first were provided a copy of the Complaint.

2. Plaintiff's Complaint alleges that she suffers from a disability and was purportedly denied access to LaSalle Flowers' shop on May 6, 2015 due to an architectural barrier. *See* Exhibit A, Complaint.[2]

3. Plaintiff's Complaint is removable to federal court pursuant to 28 U.S.C. §§ 1331 and 1441(a) because of federal question jurisdiction; Plaintiff is asserting a cause of action arising under the laws of the United States, Title III of the Americans with Disabilities Act, 42 U.S.C. §12181, *et seq. See* Compl. ¶¶ 24-32.

4. The remainder of Plaintiff's claims are removable to federal court pursuant to 28 U.S.C. § 1441(c). In addition, Plaintiff's Illinois state law claims are based on the same alleged visit to LaSalle Flowers' shop and the exact same set of operative facts. *See* Compl. ¶¶ 12-23, 33.

5. Moreover, the joinder and removal of Plaintiff's Illinois state law claims will be in the interests of judicial economy as it will allow this matter to be resolved at one time, instead of through companion litigation before this Court and a Illinois state court.

8. Removal to this particular venue is proper because Cook County, State of Illinois, is located within the United States District Court for the Northern District of Illinois.

---

[2] Plaintiff's Complainant will be cited to hereinafter as Compl. ¶ __.

- 2 -

9.      This Notice of Removal will be filed promptly with the state court, as required by 28 U.S.C. § 1446(d).

10.     By copy of this document and in accordance with the Certificate of Service, Defendants are providing notice to all parties in this action of the filing of this Notice of Removal.

WHEREFORE, Defendants give notice of the removal of this action from Cook County Circuit Court to the United States District Court for the Northern District of Illinois.

Dated: August 14, 2015               Respectfully submitted,


By:      s/ Steve A. Miller
         Steve A. Miller
         Scott C. Fanning
         FISHER & PHILLIPS LLP
         10 South Wacker Drive, Suite 3450
         Chicago, Illinois 60606
         (312) 346-8061 Phone
         (312) 346-3179 Facsimile
         smiller@laborlawyers.com
         sfanning@laborlawyers.com

FPDOCS 30934671.1

## CERTIFICATE OF SERVICE

I certify that, on August 14, 2015, I filed the foregoing Notice of Removal with the Clerk of Court for the Northern District of Illinois and caused a copy of same to be service via First Class U.S. mail, postage pre-paid, upon:

John Steele
Accessibility Law Group
500 Michigan Avenue, Suite 600
Chicago, Illinois 60611

s/ Steve A. Miller
Attorney for Defendants
LaSalle Flowers, Inc. and
731 LaSalle LLC

- 4 -