**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARY MIZERK, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No.: 15-cv-7131 |
| v. | ) | |
| | ) | The Honorable Andrea R. Wood |
| LASALLE FLOWERS, INC. and | ) | |
| 731 LASALLE LLC, | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE OF SETTLEMENT

Defendants, LaSalle Flowers, Inc. and 731 LaSalle LLC (collectively "Defendants"), by and through their attorney, hereby notify the Court that the parties have reached an agreement to resolve and dismiss all claims, subject only to preparation and execution of formal settlement documents. The Plaintiffs intend to file a Joint Stipulation of Dismissal or Voluntary Motion to Dismiss with Prejudice upon completion of the settlement agreement, which is likely to occur within thirty (30) days. Therefore, Defendants request that their responsive pleading date (September 22, 2015) be stricken, and all other dates stayed, so as to allow the parties to complete the resolution and disposition of the case. We have conferred with Counsel for Plaintiff and he is in agreement.

Respectfully submitted this 22nd day of September, 2015

                                              Respectfully submitted,

                                By:   /s/ Steve A. Miller
                                                One of the Attorneys for Defendants

Steve A. Miller
Scott C. Fanning
FISHER & PHILLIPS LLP

FPDOCS 31053653.1

10 South Wacker Drive
Suite 3450
Chicago, IL 60606
Telephone: (312) 346-8061
Facsimile:  (312) 346-3179

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on the 22nd Day of September, 2015, electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

>John L. Steele
>The Accessibility Law Group
>500 North Michigan Avenue, Suite 600
>Chicago, Illinois 60611

thereby serving the same upon them.

 /s/   Steve A. Miller_____

2

FPDOCS 31053653.1