## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Mary Mizerk

                         Plaintiff,

v.                                            Case No.: 1:15−cv−07131
                                                      Honorable Andrea R. Wood

LaSalle Flowers, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 23, 2015:

      MINUTE entry before the Honorable Andrea R. Wood: The parties have informed the Court that they have reached an agreement in principle to settle this case. Accordingly, the date of 9/22/2015 for Defendants to answer or otherwise respond to the complaint and the initial status hearing set for 10/15/2015 are stricken. Status hearing set for 10/22/2015 at 9:00 AM. If the parties file a stipulation to dismiss the case prior to the next status date, the status date will be stricken and the parties will not need to appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.