**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARY MIZERK, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No.: 15-cv-7131 |
| v. | ) | |
| | ) | The Honorable Andrea R. Wood |
| LASALLE FLOWERS, INC. and | ) | |
| 731 LASALLE LLC, | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Plaintiff, Mary Mizerk, and the Defendants, LaSalle Flowers, Inc. and 731 LaSalle LLC, through their respective attorneys hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees.

Dated: October 21, 2015

Respectfully submitted,

*/s/* John L. Steele
John L. Steele
The Accessibility Law Group
500 North Michigan Avenue, Suite 600
Chicago, Illinois 60611l

Attorney for MARY MIZERK

*/s/* Steve A. Miller
Steve A. Miller
FISHER & PHILLIPS LLP
10 South Wacker Drive
Suite 3450
Chicago, Illinois 60606

Attorney for LASALLE FLOWERS, INC. and 731 LASALLE LLC

## **CERTIFICATE OF SERVICE**

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

That on October 21, 2015, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    John L. Steele
    The Accessibility Law Group
    500 North Michigan Avenue, Suite 600
    Chicago, Illinois 60611


        /s/   Steve A. Miller

FPDOCS 31145803.1